**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**MARIAH L. CORDERO,**

                      **Plaintiff,**

             **-against-**

**PENSKE TRUCK LEASING CO., TANDEM TRUCKING CO., INC** d/b/a **FLEETWOOD FORWARDING & COMMONWEALTH TRUCKING INC.VICES, INC.** and **NERY A. LAINEZ CEDENO**, as an individual

                    **Defendants.**

**25-cv-04957 (ALC)**

**ORDER OF DISCONTINUANCE**

---

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

**ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.  All deadlines are adjourned *sine die*.

**SO ORDERED.**

**Dated:**    **January 15, 2026**
             **New York, New York**

                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**